```
TRACY L. WILKISON
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
JOHN D. ELLIS (Cal. Bar No. 322922)
Assistant United States Attorney
        Federal Building, Suite 7211
        300 North Los Angeles Street
        Los Angeles, California 90012
        Telephone: (213) 894-2740
        Facsimile: (213) 894-0115
        E-mail: john.ellis3@usdoj.gov
```

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BEHZAD F. NIAKAN,<br><br>Defendant. | No. 2:21-cv-06672-VAP-E<br><br>Notice of Service of Behzad F. Niakan<br><br>Hon. Virginia A. Phillips |

## NOTICE OF SERVICE

The United States of America served the summons and complaint in this matter on defendant Behzad F. Niakan on November 15, 2021. A proof of service is attached as **Exhibit 1**.

//

//

//

1

Niakan must file a responsive pleading by December 6, 2021.

Dated: November 16, 2021

Respectfully submitted,

TRACY L. WILKISON
United States Attorney
THOMAS D. COKER Assistant
United States Attorney Chief,
Tax Division

  /s/ John D. Ellis
JOHN D. ELLIS
Assistant United States Attorney

Attorneys for the United States of America

# EXHIBIT 1

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:21-cv-06672

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* BEHZAD F. NIAKAN
was received by me on *(date)* 10/19/2021 .

☒ I personally served the summons on the individual at *(place)* 10653 Lindbrook Dr in Los Angeles, CA 90024 on *(date)* 11/15/2021 at 2:48PM (PST) ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/15/2021

*Server's signature*

REVENUE OFFICER R. CHRISTOPHER
*Printed name and title*

300 N LOS ANGELES ST M/S 5501, LOS ANGELES CA 90012
*Server's address*

Additional information regarding attempted service, etc: