```
 1  TRACY L. WILKISON
    United States Attorney
 2  THOMAS D. COKER
    Assistant United States Attorney
 3  Chief, Tax Division
    JOHN D. ELLIS (Cal. Bar No. 322922)
 4  Assistant United States Attorneys
         Federal Building, Suite 7211
 5       300 North Los Angeles Street
         Los Angeles, California 90012
 6       Telephone: (213) 894-2740
         Facsimile: (213) 894-0115
 7       E-mail:    john.ellis3@usdoj.gov

 8  Attorneys for the
    United States of America
 9
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | No. 2:21-cv-06672-VAP |
|---|---|
| Plaintiff, | Stipulation Between Behzad F. Niakan and the United States of America to Extend Time to Respond to Complaint By Not More Than 30 Days (L.R. 8-3) |
| v. | |
| BEHZAD F. NIAKAN, | Complaint Served: 11/15/2021<br>Current Response Date: 12/6/2021<br>New Response Date: 1/5/2022 |
| Defendants. | |
| | Hon. Virginia A. Phillips |

Plaintiff United States of America (United States) and defendant Behzad F. Niakan (Niakan) stipulate pursuant to Local Rule 8-3 that:

1. On August 18, 2021, the United States filed the complaint (ECF 1) in this case.

2. On August 20, 2021, the Clerk of the Court issued a 21-day summons (summons, ECF 7) relating to the complaint.

3. On November 15, 2021, the United States served the complaint and summons on Niakan.

4. Niakan had until December 6, 2021, to respond to the complaint.

1

5. Niakan may respond to the complaint no later than January 5, 2022.

Respectfully submitted,

TRACY L. WILKISON
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division

Dated: December 6, 2021

*/s/ John D. Ellis*

JOHN D. ELLIS
Assistant United States Attorney

Attorneys for the United States of America

Dated: December 6, 2021

*/s/ Behzad Niakan*

BEHZAD F. NIAKAN
Pro se