TRACY L. WILKISON
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
JOHN D. ELLIS (Cal. Bar No. 322922)
Assistant United States Attorneys
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2740
    Facsimile: (213) 894-0115
    E-mail: john.ellis3@usdoj.gov

Attorneys for the
United States of America

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:21-cv-06672-VAP |
| Plaintiff, | Request for Entry of Default |
| v. | Hon. Virginia A. Phillips |
| BEHZAD F. NIAKAN, | |
| Defendant. | |

## **REQUEST**

In accordance with Fed. R. Civ. P. 55(a), the United States of America requests that the Clerk of the Court enter defendant Behzad F. Niakan's default for failure to plead or otherwise defend within the time prescribed by Fed. R. Civ. P. 12(a)(1)(A).

//
//
//

As set forth in the attached declaration, Niakan was served with the complaint and summons on November 15, 2021, and the parties stipulated to extend Niakan's answer date until January 5, 2022.  To date, however, Niakan has not filed an answer or other responsive pleading.

                                            Respectfully submitted,

                                            TRACY L. WILKISON  
                                            United States Attorney  
                                            THOMAS D. COKER  
                                            Assistant United States Attorney  
                                            Chief, Tax Division

Dated: January 10, 2022                 /s/ John D. Ellis  
                                            JOHN D. ELLIS  
                                            Assistant United States Attorney

                                            Attorneys for the United States of America