## DECLARATION OF JOHN D. ELLIS

I, John D. Ellis, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am employed by the United States Attorney's Office for the Central District of California as an Assistant United States Attorney. My business address is 300 N. Los Angeles Street, Suite 7211, Los Angeles California 90012.

2. The complaint in this matter (ECF 1) was filed on August 18, 2021.

3. The Clerk of the Court issued a 21-day summons (ECF 7) relating to the complaint on August 20, 2021.

4. On November 16, 2021, the United States filed a proof of service (ECF 9) relating to defendant Behzad F. Niakan (Niakan). As reflected in the proof of service, the complaint and summons were served on Niakan by personal delivery on November 15, 2021.

5. On December 14, 2021, the United States and Niakan filed a stipulation pursuant to Local Rule 8-3 to extend Niakan's time to respond to the complaint to January 5, 2022.

6. To date, Niakan has not filed a responsive pleading in this case.

7. I have knowledge of the facts recited in this declaration and would testify to those facts fully and truthfully if called and sworn as a witness.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on January 10, 2022.

JOHN D. ELLIS