# DECLARATION OF NANCY BEASLEY

I, Nancy Beasley, declare pursuant to 28 U.S.C. § 1746 that:

1. I am an employee of the Inaternal Revenue Service (IRS). I work in the IRS's office in Detroit, Michigan.

2. My responsibilities include serving as a penalty coordinator for civil penalty assessments (FBAR penalties) made pursuant to 31 U.S.C. § 5321(a)(5)(A).

3. In the course of my duties, I reviewed IRS records relating to the FBAR penalties assessed against Behzad F. Niakan (Niakan).

4. On November 7, 2019, the IRS assessed four non-willful FBAR penalties, each in the amount of $9,515, against Niakan. The penalties were assessed based on Niakan's failure to timely report on FinCEN Form 114, Report of Foreign Bank and Financial Accounts, an Israeli financial account in which he had a financial interest during the 2013, 2014, 2015, and 2016 calendar years. True and correct copies of Forms 13448, Penalty Assessment Certification, relating to the FBAR penalties assessed against Niakan are attached as **Exhibit 1**.

5. On November 19, 2019, the IRS sent Niakan a letter demanding that he pay the FBAR penalties assessed against him for the 2013, 2014, 2015, and 2016 calendar years. A true and correct copy of the letter is attached as **Exhibit 2**.

//
//
//

6. As of July 26, 2021, Niakan owes $42,549 in relation to the FBAR penalties assessed against him for the 2013 through 2016 calendar years, consisting of FBAR penalties in the aggregate amount of $38,060, late-payment penalties in the amount of $3,848, and interest in the amount of $641. A true and correct copy of a summary reflecting the outstanding balance of the FBAR penalties, accrued penalties, and interest assessed against Niakan is attached as **Exhibit 3**. Additional penalties and interest continue to accrue as provided by law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Detroit, Michigan, on January 31, 2022.

*Nancy M. Beasley*
NANCY BEASLEY
FBAR Penalty Coordinator
Internal Revenue Service

# EXHIBIT 1

# Form 13448 Penalty Assessment Certification (Title 31 "FBAR")

Case Name: NIAKAN, BEHZAD F.    SSN/EIN ▮7445    Calendar Year: 12/31/2013

| Proposed Penalty: | Foreign Account Number(s) | Foreign Bank: |
|---|---|---|
| 2. Non-Willful Failure to meet Recordkeeping Requirements - 31    $9,515.00 | ▮9648 | mizrahi tefahot |

I certify that the penalty of the above classes and amounts, hereby assessed, are specified in supporting records, subject to such correction as subsequent inquiries and determinations in respect hereto may indicate to be proper.

Thursday, November 7, 2019

_[signature]_
CTR OPERATIONS DEPARTMENT MANAGER

# Form 13448 Penalty Assessment Certification (Title 31 "FBAR")

Case Name: NIAKAN, BEHZAD F.

SSN/EIN: [redacted]7445

Calendar Year: 12/31/2014

**Proposed Penalty:**

Foreign Account Number(s): [redacted]9648

Foreign Bank: MIZRAHI TEFAHOT

2. Non-Willful Failure to meet Recordkeeping Requirements - 31   $9,515.00

I certify that the penalty of the above classes and amounts, hereby assessed, are specified in supporting records, subject to such correction as subsequent inquiries and determinations in respect hereto may indicate to be proper.

Thursday, November 7, 2019

_[signature]_

CTR OPERATIONS DEPARTMENT MANAGER

# Form 13448 Penalty Assessment Certification (Title 31 "FBAR")

Case Name: NIAKAN, BEHZAD F.

SSN/EIN: ███ 7445

Calendar Year: 12/31/2015

| Proposed Penalty: | Foreign Account Number(s) | Foreign Bank: |
|---|---|---|
| 2. Non-Willful Failure to meet Recordkeeping Requirements - 31  $9,515.00 | ███ 9648 | MIZRAHI TEFAHOT |

I certify that the penalty of the above classes and amounts, hereby assessed, are specified in supporting records, subject to such correction as subsequent inquiries and determinations in respect hereto may indicate to be proper.

Thursday, November 7, 2019

_____
CTR OPERATIONS DEPARTMENT MANAGER

Page 3 of 4

Page 4 of 4

# Form 13448 Penalty Assessment Certification (Title 31 "FBAR")

Case Name: NIAKAN, BEHZAD F.

SSN/EIN: ____7445

Calendar Year: 12/31/2016

**Proposed Penalty:**

Foreign Account Number(s): ____0648

Foreign Bank: MIZRAHI TEFAHOT

2. Non-Willful Failure to meet Recordkeeping Requirements - 31    $9,515.00

I certify that the penalty of the above classes and amounts, hereby assessed, are specified in supporting records, subject to such correction as subsequent inquiries and determinations in respect hereto may indicate to be proper.

Thursday, November 7, 2019

_____
CTR OPERATIONS DEPARTMENT MANAGER

# EXHIBIT 2



**Department of the Treasury
Internal Revenue Service**

Detroit Federal Building
P.O. Box 33115
Detroit, MI 48232-0115

Behzad Niakan
P. O. Box 25817
Los Angeles, CA 90025-0817

Date:
11/19/2019
Person to contact:
Deborah D. Cox
Employee ID number:
259058
Contact telephone number:
(313) 234-1619
Taxpayer ID number:
XXX-XX-7445
Form:
TD F 90-22.1/FinCEN 114
Calendar years:
2013, 2014, 2015, 2016
Response due date:
December 19, 2019

Dear Behzad Niakan:

**Why we are sending you this letter**
We require payment of the Report of Foreign Bank and Financial Accounts (FBAR) penalty assessed to you on 11/07/2019, under [Title 31 of the U.S. Code Section 5321(a)(5) or 5321(a)(6)]. We previously sent Letter 3709 explaining the reasons why you owe this amount and how the penalty assessment applies.

**Account summary**

| Calendar Years: | Current Balance: | Calendar Years: | Current Balance: |
|---|---|---|---|
| 12/31/2013 | $9,515.00 | | |
| 12/31/2014 | $9,515.00 | | |
| 12/31/2015 | $9,515.00 | | |
| 12/31/2016 | $9,515.00 | | |
| | | | |
| | | | |

**Total Amount Due:**
    $38,060.00

**Payment instructions**
Send a check or money order payable to the United States Treasury for the total amount due within 30 days of the date of this letter. Include the following information on your check:

- FBAR (Report of Foreign Bank and Financial Accounts
- Calendar years
- Social Security number or other taxpayer identification number

Mail your payment to the following address:

Internal Revenue Service
Detroit Computing Center
P. O. BOX 33115
Detroit, MI 48232-0115

Letter 3708 (Rev. 10-2018)
Catalog Number 36613F

If you can't pay the full amount within 30 days from the date of this letter, pay what you can now. Let us know if you'd like to apply for an installment agreement for the amount due. Send your request with your payment to the address above. We'll forward your request to the Department of Treasury's Bureau of Fiscal Service. If you pay in installments, we will charge interest at the rate of 1% per year and an additional debt-servicing fee of approximately 30% of the penalty amount.

**Interest and penalties**
We'll charge interest and a late payment penalty if you don't pay in full within 30 days of the date of this letter.

Interest will accrue at the rate of 1% per year. Interest will begin as of the date of this letter if payment isn't received within 30 days. Interest will not be charged if the full payment is received timely [Title 31 of the U.S. Code Sections 3717(a)-(d)].

A late payment penalty charge of 6% each year will be assessed on any amount of the penalty that remains unpaid 90 days from the date of this letter [Title 31 U.S. Code Section 3717(e)(2)].

Interest and penalties will be charged unless waived. (Title 31 Code of Federal Regulations Section 5.5)

**Collection costs**
If you do not pay the penalty in full within 30 days after the date of this letter, you may also owe additional costs associated with a delinquent debt under Title 31 U.S. Code Section 3717(e)(1). See the section below on "Collection enforcement action" for more information.

**Collection enforcement action**
If you do not pay within 30 days of the date of this letter, any of the following actions may be taken to enforce collection, which may result in more costs to you:

- Referral to the Department of Justice to start litigation against you.
- Referral to the Department of the Treasury's Bureau of Fiscal Service. (This referral involves an additional debt-servicing fee that is approximately 30% of the balance due.)
- Referral to private collection agencies. (Referral to a private collection agency increases the additional debt-servicing fee from approximately 30% to 32% of the balance due.)
- Offset of federal payments such as income tax refunds and certain benefit payments such as Social Security.
- Administrative garnishment of wages.
- Revocation or suspension of federal licenses, permits, or privileges.
- Ineligibility for federal loans, loan insurance, or guarantees.

**Contesting the penalty assessment**
If you didn't previously request an administrative penalty review, you may still request a hearing with the Appeals Office. You may also request a hearing if new situations occurred since an administrative review. To make the request, follow the requirements provided in Letter 3709 or you may review Publication 5, Your Appeal Rights and How To Prepare a Protest If You Don't Agree.

Send the request to the address below within 30 days from the date of this letter.

                      Internal Revenue Service
                      Detroit Computing Center
                      P. O. BOX 33115
                      Detroit, MI 48232-0115

At the hearing, you may present proof you don't owe the debt, that the debt isn't overdue, or that it isn't legally enforceable.

**Letter 3708 (Rev. 10-2018)**
Catalog Number 36613F

In addition, you may try to recover previously paid FBAR penalties by taking your case to the United States District Court that has jurisdiction or the United States Court of Federal Claims. For more information about filing suit in federal court, contact the clerk of your U.S. District Court or the U.S. Court of Federal Claims.

If you have questions, you can contact the person listed in the heading of this letter.

Thank you for your cooperation.

Sincerely,

Leah Smith-Pope
CTR Operations Department Manager

**Letter 3708 (Rev. 10-2018)**
Catalog Number 36613F

# EXHIBIT 3

**NIAKAN, BEHZAD**

| CURRENT BALANCE AS-OF : | 7/26/2021 | REMARKS |
|---|---|---|
| PRINCIPAL: | **$38,060.00** | |
| INTEREST: | $641.28 | |
| ASSESSED PENALTY FEE: | $3,847.71 | |
| **CURRENT BALANCE**: | **$42,548.99** | WITHOUT PENDING AMOUNTS |
| INTEREST PENDING: | $0.00 | |
| PENALTY FEES PENDING | $0.00 | |
| **CURRENT BALANCE**: | **$42,548.99** | WITH PENDING AMOUNTS |

**NIAKAN, BEHZAD**

| CURRENT BALANCE AS-OF : | 7/26/2021 |
|---|---|
| **PRINCIPAL:** | **$38,060.00** |
| INTEREST: | $641.28 |
| INTEREST PENDING: | $0.00 |
| **TOTAL INTEREST** | **$641.28** |
| ASSESSED PENALTY FEE: | $3,847.71 |
| PENALTY FEES PENDING: | $0.00 |
| **TOTAL PENALT Y FEES** | **$3,847.71** |
| **CURRENT BALANCE**: | **$42,548.99** |