TRACY L. WILKISON
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
JOHN D. ELLIS (Cal. Bar No. 322922)
Assistant United States Attorneys
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone:  (213) 894-2740
    Facsimile:  (213) 894-0115
    E-mail:    john.ellis3@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BEHZAD F. NIAKAN,<br><br>    Defendant. | No. 2:21-cv-6672-VAP-E<br><br>[Proposed] Order and Judgment |

     Plaintiff United States of America's motion for default judgment against defendant Behzad F. Niakan (motion, ECF 15) came before the Court on March 7, 2022, the Honorable Virginia A. Phillips, United States District Judge, presiding.

     After carefully reviewing all matters properly part of the record, and good cause appearing,

     IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

     1.    The United States of America's motion is GRANTED.

     2.    As of July 26, 2021, Behzad F. Niakan is personally indebted to the United States of America in the amount of $42,549, consisting of unpaid Report of Foreign Bank and Financial Accounts (FBAR) penalty assessments for the 2013, 2014, 2015, and 2016 calendar years in the aggregate amount of $38,060, a failure-to-pay penalty in the amount of $3,848, and statutory interest in the amount of $641.  Additional penalties and interest will accrue as provided by law until such obligation is paid in full.

Dated:                                          _____
                                                    HONORABLE VIRGINIA A. PHILLIPS
                                                    UNITED STATES DISTRICT JUDGE