JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Behzad F. Niakan,<br><br>　　　　　Defendant. | Case No. 2:21-cv-06672-VAP-(Ex)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order Granting Plaintiff's Motion for Default Judgment, judgment is hereby entered in favor of Plaintiff the United Sates of America and against Defendant Behzad F. Niakan in the amount of $42,549.00.

**IT IS SO ORDERED.**

Dated:　　3/16/22

　　　　　　　　　　　　　　　　　　　Virginia A. Phillips
　　　　　　　　　　　　　　　　　　　United States District Judge